Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DERRON DeROUIN, individually and on behalf of similarly situated residents, visitors, and vulnerable populations within a 75-mile radius of Kennedy Space Center Launch Complex 39B | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-** | )<br>)<br>)<br>)<br>) | Case: 1:26−cv−01087<br>Assigned To : Unassigned<br>Assign. Date : 3/30/2026<br>Description: TRO/Prelim. Inj. (D−DECK)<br><br>*(to be filled in by the Clerk's Office)* |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA); JARED ISAACMAN, in his official capacity as NASA Administrator; UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>)<br>) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derron DeRouin |
| Street Address | 103 Carrick Ave |
| City and County | Madison, Madison County |
| State and Zip Code | Mississippi 39110 |
| Telephone Number | (928) 499-7465 |
| E-mail Address | Hipderron@icloud.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

MAR 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name    National Aeronautics and Space Administration (NASA)

    Job or Title *(if known)*    Federal Agency

    Street Address    300 E Street SW

    City and County    Washington, DC

    State and Zip Code    DC 20546

    Telephone Number    (202) 358-0001

    E-mail Address *(if known)*

Defendant No. 2

    Name    Jared Isaacman

    Job or Title *(if known)*    NASA Administrator (Official Capacity)

    Street Address    300 E Street SW

    City and County    Washington, DC

    State and Zip Code    DC 20546

    Telephone Number    (202) 358-0001

    E-mail Address *(if known)*

Defendant No. 3

    Name    United States of America

    Job or Title *(if known)*

    Street Address    U.S. Department of Justice, 950 Pennsylvania Ave NW

    City and County    Washington, DC

    State and Zip Code    DC 20530

    Telephone Number    (202) 514-2000

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
National Environmental Policy Act (NEPA), 42 U.S.C. § 4332(C); Clean Air Act, 42 U.S.C. § 7412; Clean Water Act, 33 U.S.C. § 1311; Administrative Procedure Act, 5 U.S.C. §§ 701-706

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Mississippi , is a citizen of the State of *(name)* Derron DeRouin .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of  6

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Kennedy Space Center Launch Complex 39B, Brevard County, Florida; Walt Disney World Resort, Orlando, FL; and surrounding communities within 75 miles of KSC

B.    What date and approximate time did the events giving rise to your claim(s) occur?

April 1, 2026 at 6:24 p.m. EDT (scheduled launch); ongoing harm from absence of public health protections

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
       *Was anyone else involved?  Who else saw what happened?)*
       See attached Memorandum in Support of Emergency Motion for Temporary Restraining Order. NASA will launch the Artemis II SLS rocket on April 1, 2026, burning 1.26 million kg of ammonium perchlorate composite propellant, releasing approximately 75 tons of HCl, 265 tons of aluminum oxide, 25 tons of chlorine gas, and perchlorate into the atmosphere. 3 million residents and 250,000 daily theme park visitors within 75 miles have received no public health advisory. NASA fails to apply its own REEDM toxic dispersion model as a public health constraint despite the Air Force cancelling a 1994 Peacekeeper launch when REEDM predicted unsafe HCl levels at a town 5 km away.

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Health injuries from chemical exposure are irreparable. EPA research confirms perchlorate causes permanent fetal brain malformations. Vanderbilt University (2020) found perchlorate blocks thyroid iodide transport at far lower concentrations than previously understood. Pregnant women with perchlorate in the upper 10% had 3x increased risk of offspring IQ in the lowest 10%. These neurodevelopmental injuries cannot be compensated by monetary damages. Stratospheric ozone depletion from chlorine injection is irreparable on human timescales.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No monetary damages sought. Injunctive relief only: (1) 30-day delay; (2) Public health advisory for vulnerable populations within 75 miles; (3) Closure of outdoor venues 72 hours post-launch; (4) Independent air quality monitoring at 10, 25, 50, 75 miles; (5) Environmental clearance before venues reopen; (6) Publish Artemis I monitoring data; (7) Supplemental EIS. See attached Memorandum.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          March 30, 2026

Signature of Plaintiff

Printed Name of Plaintiff        Derron DeRouin

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset