**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DERRON DeROUIN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No.  26 - 1087 (UNA) |
| | ) | |
| NATIONAL AERONAUTICS AND SPACE | ) | |
| ADMINISTRATION, *et al*., | ) | |
| | ) | |
| *Defendants*. | ) | |

## <u>ORDER</u>

For the reasons stated in the Court's Memorandum Opinion, ECF No. 4, the Court

**GRANTS** the Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. 2; and **DENIES**

the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No 3.

**SO ORDERED.**

/s/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SPARKLE L. SOOKNANAN
United States District Judge

Date:    April 1, 2026